IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

GERALD DEXTER JONES,

                Plaintiff

    VS.

IRA EDWARDS, *et al.*

                Defendants

NO. 3:06-CV-33 (CAR)

PROCEEDINGS UNDER 42 U.S.C. §1983
BEFORE THE U. S. MAGISTRATE JUDGE

## O R D E R

The plaintiff in the above-styled case has filed a MOTION TO APPOINT COUNSEL in the form of a letter to the undersigned. Tab #24. This is the plaintiff's third such motion in this case, the first having been denied as premature and the second as unnecessary. Tabs #8, 9, 16 & 22. In each of the court's two previous orders, the plaintiff was advised that the undersigned would appoint counsel on its own motion if and when it became necessary. The facts in the case are unchanged from the plaintiff's last request, and his third Motion to Appoint Counsel (Tab #24) is hereby DENIED.

SO ORDERED this 27th day of JULY, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE