IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

GERALD DEXTER JONES,

              Plaintiff

    VS.

IRA EDWARDS, *et al.,*

              Defendants

NO.  3:06-CV-33 (CAR)

**PROCEEDINGS UNDER 42 U.S.C. §1983
BEFORE THE U. S. MAGISTRATE JUDGE**

**O R D E R**

Before the court is the plaintiff GERALD DEXTER JONES' letter-motion to stay the proceedings in the above-styled case (Tab #34) and the responses of defendants JAMES JENKINS (Tab #35), CATHY MINNISH (Tab #36), and DR. McMUNN (Tab #37).  As pointed out in the defendants' responses, plaintiff Jones's motion makes no showing of cause as to why the proceeding should be delayed, stating only that he could find an attorney to take his case by February.

Plaintiff Jones is proceeding herein *pro se*.  He has provided no valid reason to delay the proceedings.  While he is certainly free to seek the services of an attorney, since he has already filed his complaint *pro se*, he must continue to prosecute it or face dismissal.  Accordingly, the plaintiff's Motion to Stay the proceedings (Tab #34) is DENIED.

Still remaining on the docket is a Motion to Dismiss the case filed by James Jenkins on August 1, 2006.  Tab #27.  Since the plaintiff filed his motion to stay these proceedings before the time expired for his filing a response to defendant Jenkins's motion to dismiss, the court will permit Jones an additional **TWENTY (20) DAYS** from his receipt of this order in which to respond to defendant Jenkins's motion.  Otherwise, it will be considered UNCONTESTED.

SO ORDERED, this 24th day of OCTOBER, 2006.

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE