IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| GERALD DEXTER JONES,<br><br>　　　　　　Plaintiff<br><br>　VS.<br><br>IRA EDWARDS, *et al.*<br><br>　　　　　　Defendants | NO.  3:06-CV-33 (CAR)<br><br>**PROCEEDINGS UNDER 42 U.S.C. §1983**<br>**BEFORE THE U. S. MAGISTRATE JUDGE** |

## ORDER AND RECOMMENDATION

On October 24, 2006, the undersigned denied plaintiff GERALD DEXTER JONES' motion to stay the proceedings in the above-styled case but afforded the plaintiff additional time to respond defendant JENKINS' motion to dismiss.  Tab #40.  The time afforded the plaintiff to respond to the motion to dismiss has passed without response.[1]

Accordingly, IT IS RECOMMENDED that defendant JENKINS' motion to dismiss (Tab #27) be GRANTED as uncontested and that defendant JENKINS be dismissed from the proceedings. Pursuant to 28 U.S.C. §636(b)(1), the parties may serve and file written objections to this RECOMMENDATION with the district judge to whom this case is assigned **WITHIN TEN (10) DAYS** after being served with a copy thereof.

Additionally, on April 26, 2006, plaintiff Jones filed three separate cases simultaneously in the Middle District of Georgia[2] and has since been sending letters and making motions for two or more cases in single documents.  Such filings make it difficult for the court and the clerk's office to distinguish cases from each other.  In order to ensure that the cases are not confused, plaintiff Jones is ORDERED to file <u>separate</u> documents for <u>each case</u> before the court.  Any document filed after the date of this order will be disregarded if the caption for which case it involves is not clearly labeled.

---

[1] The plaintiff has filed a letter with respect to his three cases pending in the Middle District of Georgia (Tab #43) but it is not responsive to Jenkins' motion to dismiss.

[2] All three of the cases are captioned **Jones v. Edwards, *et al.*** :  3:06-CV-33; 3:06-CV-34; and 3:06-CV-35

SO ORDERED AND RECOMMENDED, this 29th day NOVEMBER, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE