IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

```
GERALD DEXTER JONES,            *
          Plaintiff             *
vs.                             *
                                     CASE NO. 3:06-CV-33(CDL)
IRA EDWARDS, et al.,            *
          Defendants            *
                                *
```

ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on November 29, 2006, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 12th day of April, 2007.

                                        S/Clay D. Land
                                          CLAY D. LAND
                                  UNITED STATES DISTRICT JUDGE