IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| GERALD DEXTER JONES, | * |
| Plaintiff | * |
| vs. | * |
| | CASE NO. 3:06-CV-33 (CDL) |
| IRA EDWARDS, *et al.*, | * |
| Defendants | * |
| | * |

## ORDER ON REPORT AND RECOMMENDATIONS
## OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the two Reports and Recommendations filed by the United States Magistrate Judge on July 18, 2007 (documents [55] and [56]), are hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 24th day of August, 2007.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE